IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FREDERICK J. FARMER, D.O.,                     )
                                               )
            Plaintiff,                         )
                                               )
v.                                             )        Case No.
                                               )
STAFFORD COUNTY HOSPITAL;                      )        State Court Case No. 2017-CV-000022
RICHARD S. CARTER, M.D.;                       )
CARTER PROFESSIONAL CARE                       )
STAFFORD, LLC; and TODD TAYLOR,                )
_____ )

## NOTICE OF REMOVAL

     Defendants Stafford County Hospital, Richard S. Carter, MD, Carter Professional Care

Stafford, LLC and Todd Taylor (collectively referred to herein as "Defendants"), pursuant to 28

U.S.C. §§ 1331, 1441 and 1446, hereby remove the state court action described below:

     1.     On October 16, 2017, the plaintiff Frederick J. Farmer, D.O. ("Plaintiff")

commenced an action in the District Court of Stafford County, Kansas, captioned *Frederick J.*

*Farmer, D.O. v. Stafford County Hospital et al.*, Case No. 2017-CV-000022 (the "State Court

Action"). A copy of the Petition is attached hereto as Exhibit A.

     2.     Defendants' counsel received a courtesy copy of the Petition via email on October

16, 2017. Defendants Stafford County Hospital and Todd Taylor were formally served with

process on or about October 26, 2017, and defendants Richard S. Carter, M.D. and Carter

Professional Care Stafford, LLC were formally served with process on or about October 30, 2017.

Copies of the returns of service are attached hereto as Exhibit B. This removal is therefore timely

pursuant to 28 U.S.C. § 1446(b).

3.      Plaintiff asserts multiple claims against Defendants under 42 U.S.C. § 1983, a federal statute.  Specifically, Plaintiff alleges that Defendants violated his Due Process and Free Speech rights under the United States Constitution.

4.      Plaintiff also alleges that Defendants' actions infringed upon his due process rights under the Kansas Constitution, plus he asserts purported claims under Kansas state law, including for breach of contract, tortious interference with existing contractual relations, promissory estoppel and detrimental reliance, defamation and injury to privacy interests, and retaliation.

5.      A civil action is removable to federal court under 28 U.S.C. § 1441(a) if the plaintiff could have originally filed the action in federal court.

6.      This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 because Plaintiff asserts multiple claims for alleged violations of 42 U.S.C. § 1983, a federal statute.  The remaining state law claims are subject to this Court's supplemental jurisdiction under 28 U.S.C. § 1367.

7.      Pursuant to 28 U.S.C. § 1441, this action may therefore be removed from the District Court of Stafford County, Kansas to the United States District Court for the District of Kansas.

8.      According to 28 U.S.C. § 1446(d), a copy of this Notice has been served on counsel for Plaintiff and filed with the Clerk of the District Court of Stafford County, Kansas.  In addition, according to Local Rule 81.2, copies of all pleadings filed in the State Court Action are filed herewith.

WHEREFORE, Defendants pray that this action be removed to the United States District Court for the District of Kansas.

## DESIGNATION OF TRIAL

Defendants designate Wichita, Kansas as the place of trial.


Respectfully submitted,


By  /s/ Ryan M. Peck
      Will B. Wohlford, #21773
      Ryan M. Peck, #21223
      MORRIS, LAING, EVANS, BROCK
        & KENNEDY, CHARTERED
      300 N. Mead, Suite 200
      Wichita, KS 67202
      Telephone: (316) 262-2671
      Fax: (316) 262-6226
      wwohlford@morrislaing.com
      rpeck@morrislaing.com
      *Attorneys for Defendants*


## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of November, 2017, I sent the foregoing Notice of Removal to the Clerk of the Court by electronic transmission for filing with the Court.  I further certify that a true and correct copy was sent via U.S. Mail, postage prepaid, to:

Gary L. Ayers
Foulston Siefkin LLP
1551 N. Waterfront Pkwy., Suite 100
Wichita, KS 67206
gayers@foulston.com


/s/ Ryan M. Peck
Ryan M. Peck

3