UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FREDRICK J. FARMER,

                    Plaintiff,

v.                                                                     Case No. 17-1284-EFM

STAFFORD COUNTY HOSPITAL,
et al.,

                    Defendants.

## **ORDER**

The plaintiff, Fredrick J. Farmer, D.O., brings federal and state law claims against Stafford County Hospital, Richard S. Carter, M.D., Carter Professional Care Stafford, LLC, and Todd Taylor (collectively, "defendants"), arising from defendants' forwarding of allegations against plaintiff to the Kansas Board of Healing Arts ("KBHA"). As discussed in the scheduling order (ECF No. 43, at 1), the "parties agree that, as a practical matter, the issues that will need to be litigated in this case will be greatly impacted by the outcome of pending proceedings involving plaintiff before the [KBHA]." In a recent status report submit to the undersigned's chambers, the parties note the KBHA has not yet issued its decision, and they request a stay of this case until that time. The court agrees that temporarily staying the case serves the interests of economy for the court and parties.

IT IS THEREFORE ORDERED that all proceedings are stayed until further order of the court. As previously ordered in the scheduling order (ECF No. 43, at 7-8), "within 5 business days after any written standard-of-care decision is issued by the [KBHA],

1

counsel shall confer and e-mail a joint status report to the undersigned's chambers."

Dated February 22, 2019, at Kansas City, Kansas.

s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge